UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Carmen Searcy, <br><br> Plaintiff, <br><br> v. <br><br> Verizon Wireless Services, LLC, TransUnion, LLC; and Equifax Information Services, LLC, <br><br> Defendants, | Case No.: 1:24-cv-03892-MLB-RDC |

**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC**

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days. Plaintiff's claims against Verizon Wireless Services, LLC and Equifax Information Services, LLC remain pending.

Dated:   September 23, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*