UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Carmen Searcy,<br><br>      Plaintiff,<br><br>v.<br><br>Verizon Wireless Services, LLC, TransUnion, LLC; and Equifax Information Services, LLC,<br><br>      Defendants, | Case No.: 1:24-cv-03892-MLB-RDC |

## NOTICE OF SETTLEMENT AS TO DEFENDANT VERIZON WIRELESS SERVICES, LLC

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Verizon Wireless Services, LLC ("Verizon"). Plaintiff and Verizon are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Verizon will be finalized within the next sixty (60) days. Plaintiff's claims against Equifax Information Services, LLC remain pending.

Dated:     October 24, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078

Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*