UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Carmen Searcy,<br><br>    Plaintiff,<br><br>v.<br><br>Verizon Wireless Services, LLC, TransUnion, LLC; and Equifax Information Services, LLC,<br><br>    Defendants, | Case No.: 1:24-cv-03892-MLB-RDC |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

    Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

    Dated:    November 20, 2024

                                              */s/ Esther Oise*
                                              Esther Oise, Esq. (GA Bar #686342)
                                              Oise Law Group PC
                                              2635 Governors Walk Blvd.
                                              Snellville, GA 30078

Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*